## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

In re:  Wacharin Charoenpojana                              Case No. 10-76067-SCS
       Brianne Charoenpojana                                       Chapter 7

       **Debtors.**

## REPORT OF DEPOSIT OF SMALL DIVIDENDS

      Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "US Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Verizon Wireless<br>P.O. Box 3397<br>Bloomington, IL 61702 | $3.94 |
| **TOTAL** | **$3.94** |

Dated: September 22, 2011

*/s/ Carolyn L. Camardo*
Carolyn L. Camardo, Trustee
VSB #23814
258 N. Witchduck Road, Suite C
Virginia Beach, VA 23462
(757) 490-2200

Printed: 09/22/11 03:27 PM

## Claims Distribution Small Checks

Page: 1

Case: 10-76067 - CHAROENPOJANA, WACHARIN

Trustee: CAROLYN L. CAMARDO (660050)

| Account No. | Check No. Issued Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| | | | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $3.94 |
| 92004680779366 | 107  09/22/11 10 | 05/31/11 | 610 | Verizon Wireless | 165.56 | 165.56 | 3.94 | 3.94 |

(*) Denotes objection to Amount Filed

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was sent via email this 22nd day of September, 2011 to:

Office of the US Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, VA 23510
[USTPRegion04.NO.ECF@usdoj.com]

_____
Carolyn L. Camardo, Trustee